# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/15/2015 7:30:27 AM
PAM ESTES
Clerk

Court of Appeals No. (If known): **12** - **15** - **00205** - **CR**

Trial Court Style: **TX V BROWN**

Trial Court & County: **Nacogdoches**          Trial Court No.: **F1421059**

Date Trial Clerk's Record Originally Due: **12.11.2015**

Date Court Reporter's/Recorder's Record Originally Due: **12.11.2015**

Anticipated Number of Pages of Record: **400**

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

☐   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either   pay the required fee or to make arrangements to pay the fee for preparing the record.

☐   my duties listed below preclude working on this record:

☒   Other. (Explain.): **Currently in week-long capital murder trial and need more time to finish preparing.**

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by **1.28.2016**, and I **hereby request an additional** **45** **days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

**12.15.2015**
Date

**936 560 7798**
Office Phone Number

Signature *Andrea K Simmons*

Printed Name *Andrea K Simmons*

**asimmons@co.nacogdoches.tx.us**
E-mail Address (if available)

Official Title *Court reporter*

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:

Name: Noel Cooper

Address: 117 North Street Suite 2
Nacogdoches TX 75961

Phone no.: 936 564 9000

Attorney for: Larry Brown

Lead Counsel for **APPELLEE(S)**:

Name: Nicole LoStracco

Address: 101 West Main Street
Suite 250
Nacogdoches TX 75961

Phone no.: 936 560 7766

Attorney for: State of TX

Lead Counsel for **APPELLANT(S)**:

Name:

Address:

Phone no.:

Attorney for:

Lead Counsel for **APPELLEE(S)**:

Name:

Address:

Phone no.:

Attorney for:

Additional                    information,                    if                    any: